**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Form odsm

## UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No.: 14−46207−BDL
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela Sue Johnson Owen
   aka Pamela Sue Johnson, aka Pamela Sue Owen, aka Pamela Sue O'Kane, aka Pamela Sue Morehead
   3912 NE 57th Avenue
   Vancouver, WA 98661

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1955

Employer Tax ID / Other nos.:

### ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

☒ The debtor's failure to file required schedules.
☐ The debtor's failure to pay the filing fee.
☐ The debtor's failure to attend the meeting of creditors.
☐ The debtor's failure to comply with a show cause order.
☐ The debtor's failure to meet minimum filing requirements.
☒ Other: **Missing Schedules A−J, Statement of Financial Affairs, Summary, Means Test**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///